IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHERINE FASH,  CV 05-6249-HU

        Plaintiff,  ORDER

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

_____

REDDEN, Judge:

      Magistrate Judge Hubel filed his Findings and Recommendation (doc. 16) on August 15, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See 28 U.S.C. § 636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996). Having reviewed the legal principles de novo, I find no error.

PAGE 1 - ORDER

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (doc. 16), and AFFIRM the Commissioner's determination that Ms. Fash does not suffer from a disability, and therefore not entitled to supplemental security income payments under the Social Security Act.

IT IS SO ORDERED.

DATED this <u>13th</u> Day of October, 2006.

<u>/s/ JamesA. Redden</u>
James A. Redden
United States District Judge